IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEN GAZIAN, et al., § | |
| § | |
| Plaintiffs, § | |
| v. § | |
| § | Civil No. 3:12-CV-4326-O-BK |
| WELLS FARGO BANK, HUBERT § | |
| KELLY and KELLY, P.C., § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case (ECF No. 37). No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED** on this **28th day** of **June**, **2013**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE